## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Michael Lucas, | ) | C/A No.: 1:12-2879-TMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Michael McCall, Warden of Lee | ) | |
| Correctional Institution, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the court on Plaintiff's motion [Entry #24] for a copy of his petition. The court does not provide free copies to litigants, including indigent litigants proceeding in forma pauperis. Therefore, to the extent Plaintiff seeks a free copy of his petition, his request is denied. The Clerk's Office charges 50 cents per page for copies. If Plaintiff wishes to purchase a copy of his petition, he may contact the Clerk of Court at 803-765-5816 or 901 Richland Street, Columbia, SC 29201 to make payment arrangements.

IT IS SO ORDERED.

*Shiva V. Hodges*

February 28, 2013                    Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge